**FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD HAROLD SCHAD, | No. 13-16895 |
| Petitioner - Appellant, | D.C. No. 2:97-cv-02577-ROS District of Arizona, Phoenix |
| v. | |
| CHARLES L. RYAN, Director, Arizona Department of Corrections, | ORDER |
| Respondent - Appellee. | |

Before: SCHROEDER, REINHARDT, and GRABER, Circuit Judges.

Judge Schroeder and Judge Graber have voted to deny the petition for panel rehearing and to deny the motion for a stay of execution. Judge Reinhardt voted to grant the petition for panel rehearing and to grant the motion for a stay of execution. Accordingly, the petition for panel rehearing and the motion for a stay of execution are denied.